UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GUY GANNAWAY,

    Petitioner,

v.                                                     CASE NO. 8:13-CV-1635-T-30MAP
                                                     CRIM. CASE NO. 8:11-CR-33-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

This cause is before the Court on the government's motion requesting a Court order requiring former defense counsel, Pedro Amador, to provide to the government an affidavit addressing Petitioner's allegations regarding his representation, supporting materials, and contact information for individuals who may have assisted counsel in preparing Petitioner's defense (CV Dkt. 10). The government is seeking this order to enable it to adequately respond to Petitioner's 28 U.S.C. § 2255 motion. Upon consideration, the Court finds that, with respect to the claims raised by Petitioner in his § 2255 motion, the attorney-client privilege has been waived because of Petitioner's allegations of ineffective assistance.

Accordingly, the Court **ORDERS** that the government's motion requesting an order requiring former defense counsel to provide an affidavit, supporting materials, and contact information for individuals who assisted counsel (CV Dkt. 10) is **GRANTED**. On or before October 30, 2013, Attorney Pedro Amador shall produce to the government any relevant and necessary records (including e-mails and records of telephone calls and/or meetings), the

names and contact information for any individuals that assisted Attorney Amador in preparing Petitioner's defense, including experts, paralegals, or law clerks, and provide an affidavit discussing counsel's alleged failure to: 1) adequately prepare for trial; 2) call, investigate, or subpoena witnesses; 3) provide expert witnesses; 4) cooperate with co-defendant's counsel; 5) keep appointments with Petitioner; and 6) effectively cross-examine government witnesses.

**DONE** and **ORDERED** in Tampa, Florida on October 10, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
<u>Copy furnished to</u>:
Counsel of Record